IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CHANDRA TAYLOR**                                                                                   **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO.: 2:12-CV-107-SA-JMV**

**OCWEN LOAN SERVICING, LLC, ET AL.**                             **DEFENDANTS**

## ORDER

Pursuant to the Memorandum Opinion issued this day, the Court exercises jurisdiction over this matter pursuant to 28 U.S.C. § 1332. However, Plaintiff's state law claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). This case is closed.

SO ORDERED on this, the 24th day of January, 2014.

                                                                             /s/ Sharion Aycock
                                                                             **UNITED STATES DISTRICT JUDGE**